IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**THE PAPER MILL STORE, INC.**, a Wisconsin corporation,

    Plaintiff,

Case No. 3:12-cv-00723-WMC (SLCx)

v.

**INK & COLOR, INC.**, a California corporation, *dba* **FOLDERPRINTERS.COM**, and **PRESENTATIONFOLDERPRINTING.BIZ**,

    Defendant.

### STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED between Plaintiff The Paper Mill Store, Inc. and Defendant Ink & Color, Inc., by and through their counsel, that the above-captioned action may be hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2), with each party to bear its own attorneys' fees and costs.

//
//
//
//
//
//
//

1

Respectfully submitted,

| | |
|---|---|
| Dated this 14th day of December, 2012. | Dated this 14th day of December, 2012. |
| By: /s/ Jeffrey M. Rosenfeld | By: /s/ Andrew J. Clarkowski |
| Jeffrey M. Rosenfeld<br>Conor H. Kennedy<br>KRONENBERGER ROSENFELD LLP<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>jeff@KRInternetLaw.com<br>conor@KRInternetLaw.com<br>Telephone: (415) 955-1155<br>Facsimile: (415) 955-1158 | Andrew J. Clarkowski, SBN 1025019<br>Michael J. Modl, SBN 1011419<br>Axley Brynelson, LLP<br>2 East Mifflin Street, Suite 200<br>Post Office Box 1767<br>Madison, WI 53703<br>aclarkowski@axley.com<br>mmodl@axley.com<br>Phone: 608-257-5661<br>Fax: 608-257-5444 |
| Attorneys for Plaintiff The Paper Mill Store, Inc. | Michael Harris<br>*Admitted Pro Hac Vice*<br>SoCal IP LAW Group LLP<br>310 N. Westlake Blvd., Ste. 120<br>Westlake Village, CA 91362-3788<br>MHarris@socalip.com<br>Phone: (805) 497-3488<br>Fax: (805) 230-1355 |
| | Attorneys for Defendant Ink & Color, Inc. |

**IT IS SO ORDERED** that the above-captioned action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: 12/18/12

_____
Honorable William M. Conley
United States District Judge